JURY

Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Beaumont)
# CIVIL DOCKET FOR CASE #: 1:22−cv−00572−MJT

Texas Nationalist Movement et al v. Meta Platforms, Inc.
Assigned to: District Judge Michael J. Truncale
Demand: $5,000,000
Case in other court:  58th Judicial District Court, Jefferson County, TX,
           A−210752
Cause: 28:1441 Notice of Removal

Date Filed: 12/05/2022
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Texas Nationalist Movement** | represented by | **Paul M Davis** |
| | | Paul M. Davis & Associates, P.C. |
| | | 9355 John W. Elliott Dr. #25454 |
| | | Frisco, TX 75033 |
| | | 945−348−7884 |
| | | Email: paul@fireduptxlawyer.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel Miller** | represented by | **Paul M Davis** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Meta Platforms, Inc.** | represented by | **J Thad Heartfield** |
| | | The Heartfield Law Firm |
| | | 2195 Dowlen Rd |
| | | Beaumont, TX 77706 |
| | | 409/866−3318 |
| | | Fax: 14098665789 |
| | | Email: thad@heartfieldlawfirm.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **M. Dru Montgomery** |
| | | The Heartfield Law Firm |
| | | 2195 Dowlen Road |
| | | Beaumont, TX 77706 |
| | | 409/866−3318 |
| | | Fax: 409/866−5789 |
| | | Email: dru@heartfieldlawfirm.com |
| | | *ATTORNEY TO BE NOTICED* |

**Philip Cooper**
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654
312−862−3840
Email: philip.cooper@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Taj Jamar Clayton**
Kirkland & Ellis LLP – Dallas
1601 Elm Street
Suite 2700
Dallas, TX 75201
214−972−1770
Email: taj.clayton@kirkland.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**State Of Texas**                                     represented by **Michael Raphael Abrams**
Office of The Attorney General of Texas
P O Box 12548
Capitol Station
Austin, TX 78711−2548
512−463−2010
Fax: 512−320−0667
Email: michael.abrams@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2022 | Ï 1 | NOTICE OF REMOVAL by Meta Platforms, Inc. from 58th Judicial District Court Jefferson County, Texas, case number A−210752. (Filing fee $ 402 receipt number ATXEDC−9254706), filed by Meta Platforms, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15)(Heartfield, J) (Attachment 1 replaced on 12/6/2022with flattened image) (Entered: 12/05/2022) |
| 12/06/2022 | Ï 2 | **\*\*\*ORIGINALLY FILED IN STATE COURT AND IS INCLUDED IN THE NOTICE OF REMOVAL.\*\*\***<br>PETITION against All Defendants.(bjc, ) (Entered: 12/06/2022) |
| 12/06/2022 | Ï 3 | **\*\*\*ORIGINALLY FILED IN STATE COURT AND IS INCLUDED IN THE NOTICE OF REMOVAL.\*\*\***<br>AMENDED PETITION against All Defendants.(bjc, ) (Entered: 12/06/2022) |
| 12/06/2022 | Ï | DEMAND for Trial by Jury by Daniel Miller, Texas Nationalist Movement. (bjc, ) (Entered: 12/06/2022) |
| 12/06/2022 | Ï | Case assigned to District Judge Michael J. Truncale. (bjc, ) (Entered: 12/06/2022) |
| 12/06/2022 | Ï | |

| | | |
|---|---|---|
| | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (bjc, ) (Entered: 12/06/2022) |
| 12/06/2022 | Ï 4 | NOTICE by Meta Platforms, Inc. *Local Rule CV−81 Disclosures of Parties, Attorneys & Status* (Heartfield, J) (Entered: 12/06/2022) |
| 12/06/2022 | Ï 5 | NOTICE of Attorney Appearance by M. Dru Montgomery on behalf of Meta Platforms, Inc. (Montgomery, M.) (Entered: 12/06/2022) |
| 12/06/2022 | Ï 6 | NOTICE of Attorney Appearance by Taj Jamar Clayton on behalf of Meta Platforms, Inc. (Clayton, Taj) (Entered: 12/06/2022) |
| 12/09/2022 | Ï 7 | MOTION transfer by Meta Platforms, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Heartfield, J) (Entered: 12/09/2022) |
| 12/09/2022 | Ï 8 | CORPORATE DISCLOSURE STATEMENT filed by Meta Platforms, Inc. (Heartfield, J) (Entered: 12/09/2022) |
| 12/14/2022 | Ï 9 | Joint MOTION Set Briefing Deadlines by Meta Platforms, Inc.. (Attachments: # 1 Text of Proposed Order)(Heartfield, J) (Entered: 12/14/2022) |
| 12/16/2022 | Ì 10 | ORDER granting in part and denying in part 9 Motion to set deadlines. Signed by District Judge Michael J. Truncale on 12/16/2022. (bjc, ) (Entered: 12/19/2022) |
| 12/29/2022 | Ì 11 | ORDERED that Rule 26(f) Attorney Conference must occur by January 20, 2023. Rule 16 Case Management/Scheduling Conference set for 2/9/2023 11:30 AM in Room 221 (Beaumont) before District Judge Michael J. Truncale. Signed by District Judge Michael J. Truncale on 12/29/2022. (bjc, ) (Entered: 12/29/2022) |
| 01/03/2023 | Ì 12 | CORPORATE DISCLOSURE STATEMENT filed by Texas Nationalist Movement (Davis, Paul) (Entered: 01/03/2023) |
| 01/12/2023 | Ì 13 | RESPONSE in Opposition re 7 MOTION transfer *filed by Daniel Miller, Texas Nationalist Movement*. (Attachments: # 1 Text of Proposed Order)(Davis, Paul) (Entered: 01/12/2023) |
| 01/13/2023 | Ì 14 | NOTICE of Attorney Appearance by Michael Raphael Abrams on behalf of State Of Texas (Abrams, Michael) (Entered: 01/13/2023) |
| 01/13/2023 | Ì 15 | MOTION to Dismiss by Meta Platforms, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Text of Proposed Order)(Heartfield, J) (Entered: 01/13/2023) |
| 01/13/2023 | Ì 16 | Unopposed MOTION for Leave to File *Amicus Brief* by State Of Texas. (Attachments: # 1 Exhibit Amicus Brief, # 2 Exhibit Proposed Order)(Abrams, Michael) (Entered: 01/13/2023) |
| 01/17/2023 | Ì 17 | ORDER granting 16 Motion for Leave to File Amicus Brief. Signed by District Judge Michael J. Truncale on 1/17/2023. (bjc, ) (Entered: 01/17/2023) |
| 01/17/2023 | Ì 18 | BRIEF *FOR THE STATE OF TEXAS AS AMICUS CURIAE IN SUPPORT OF NEITHER PARTY* by State Of Texas. (Abrams, Michael) (Entered: 01/17/2023) |
| 01/17/2023 | Ì 19 | NOTICE of Attorney Appearance − Pro Hac Vice by Philip Cooper on behalf of Meta Platforms, Inc.. Filing fee $ 100, receipt number ATXEDC−9311293. (Cooper, Philip) (Entered: 01/17/2023) |
| 01/19/2023 | Ì 20 | |

| | | |
|---|---|---|
| | | Joint MOTION Set Briefing Schedule re 15 MOTION to Dismiss by Meta Platforms, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Heartfield, J) (Entered: 01/19/2023) |
| 01/24/2023 | 21 | ORDER granting 20 parties' Joint Motion to Set Briefing Schedule. Plaintiffs' response to Defendant's Motion to Dismiss shall be due on February 10, 2023. Defendant's reply to Plaintiffs' response shall be due on March 3, 2023. Signed by District Judge Michael J. Truncale on 1/24/23. (ljw, ) (Entered: 01/24/2023) |
| 01/27/2023 | 22 | Unopposed MOTION for Leave to File Excess Pages *Enlarge Page Limit* by Meta Platforms, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Heartfield, J) (Entered: 01/27/2023) |
| 01/27/2023 | 23 | REPLY to Response to Motion re 7 MOTION transfer *filed by Meta Platforms, Inc.*. (Heartfield, J) (Entered: 01/27/2023) |
| 01/30/2023 | 24 | ORDER granting 22 Motion for Leave to File Excess Pages. Defendant is permitted to file an 11−page reply in support of its motion to transfer. Signed by District Judge Michael J. Truncale on 1/30/2023. (bjc, ) (Entered: 01/30/2023) |
| 01/30/2023 | 25 | SUR−REPLY to Reply to Response to Motion re 7 MOTION transfer *filed by Daniel Miller, Texas Nationalist Movement*. (Davis, Paul) (Entered: 01/30/2023) |
| 01/30/2023 | 26 | Unopposed MOTION for Leave to File Excess Pages *for Sur−Reply (Doc. No. 25)* by Daniel Miller, Texas Nationalist Movement. (Attachments: # 1 Text of Proposed Order)(Davis, Paul) (Entered: 01/30/2023) |
| 01/30/2023 | 27 | ORDER granting 26 Motion for Leave to File Excess Pages. Plaintiffs' Sur−Reply shall not exceed 10 pages, excluding the case caption and signature portions. Signed by District Judge Michael J. Truncale on 1/30/2023. (bjc, ) (Entered: 01/31/2023) |
| 02/01/2023 | 28 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Appendix Appendix 1)(Heartfield, J) (Entered: 02/01/2023) |
| 02/03/2023 | | NOTICE of Hearing: Case Management Conference RESET for 2/21/2023 11:00 AM in Chambers before District Judge Michael J. Truncale. (jmv, ) (Entered: 02/03/2023) |
| 02/04/2023 | 29 | MOTION to Remand to State Court by Daniel Miller, Texas Nationalist Movement. (Attachments: # 1 Text of Proposed Order)(Davis, Paul) (Entered: 02/04/2023) |
| 02/10/2023 | 30 | RESPONSE in Opposition re 15 MOTION to Dismiss *filed by Daniel Miller, Texas Nationalist Movement*. (Attachments: # 1 Exhibit A − Screenshots of TEXITnow.org Posts, # 2 Exhibit B − Data Sheet for Meta Fort Worth Data Center, # 3 Text of Proposed Order)(Davis, Paul) (Entered: 02/10/2023) |
| 02/21/2023 | 31 | Unopposed MOTION for leave to file excess pages by Meta Platforms, Inc.. (Attachments: # 1 Text of Proposed Order)(Heartfield, J) (Entered: 02/21/2023) |
| 02/21/2023 | 32 | RESPONSE in Opposition re 29 MOTION to Remand to State Court *filed by Meta Platforms, Inc.*. (Attachments: # 1 Text of Proposed Order)(Heartfield, J) (Entered: 02/21/2023) |
| 02/21/2023 | | Minute Entry for proceedings held before District Judge Michael J. Truncale: Case Management Conference held on 2/21/2023. Court will enter scheduling order. Attorney Appearances: Plaintiff − Paul Davis; Defense − J Thad Heartfield.(Court Reporter Not Recorded.) (jmv, ) (Entered: 02/21/2023) |
| 02/22/2023 | 33 | ORDER granting 31 Defendant's Unopposed Motion to Enlarge Page Limit. Defendant's opposition to Plaintiffs' Motion to Remand shall not exceed twenty−three (23) pages. Signed by District Judge Michael J. Truncale on 2/22/23. (ljw, ) (Entered: 02/23/2023) |

| 02/22/2023 | 34 | SCHEDULING ORDER: Final Pretrial Conference is set for 8/29/2024 at 9:00 AM in Ctrm 2 (Beaumont) before District Judge Michael J. Truncale. Jury Selection and Trial are set for 9/9/2024 at 9:00 AM in Ctrm 2 (Beaumont) before District Judge Michael J. Truncale. Signed by District Judge Michael J. Truncale on 2/22/23. (ljw, ) (Entered: 02/23/2023) |
|---|---|---|
| 02/28/2023 | 35 | REPLY to Response to Motion re 29 MOTION to Remand to State Court *(stipulating to the amount in controversy being satisfied for purposes of diversity jurisdiction) filed by Daniel Miller, Texas Nationalist Movement*. (Attachments: # 1 Text of Proposed Order)(Davis, Paul) (Entered: 02/28/2023) |
| 03/03/2023 | 36 | REPLY in Support of 15 MOTION to Dismiss filed by Meta Platforms, Inc.. (Heartfield, J) (Entered: 03/03/2023) |
| 03/06/2023 | 37 | ORDER denying 29 Motion to Remand to State Court. Signed by District Judge Michael J. Truncale on 3/6/2023. (bjc, ) (Entered: 03/06/2023) |
| 03/10/2023 | 38 | SUR–REPLY to Reply to Response to Motion re 15 MOTION to Dismiss *filed by Daniel Miller, Texas Nationalist Movement*. (Davis, Paul) (Entered: 03/10/2023) |
| 06/23/2023 | 39 | NOTICE by Daniel Miller, Texas Nationalist Movement re 7 MOTION transfer *Plaintiffs' Notice of Amendment to Chapter 143A Related to Defendant's Motion to Transfer* (Davis, Paul) (Entered: 06/23/2023) |
| 06/29/2023 | 40 | RESPONSE to 39 Notice (Other) *Defendant's Response to Plaintiff's Notice of Amendment of Chapter 143A filed by Meta Platforms, Inc.*. (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2)(Heartfield, J) (Entered: 06/29/2023) |
| 07/24/2023 | 41 | NOTICE by Meta Platforms, Inc. re 7 MOTION transfer *of Supplemental Authority Regarding Defendant Meta Platforms, Inc.'s Motion to Transfer* (Attachments: # 1 Exhibit Exhibit 1)(Heartfield, J) (Entered: 07/24/2023) |
| 08/17/2023 | 42 | ORDER granting 7 Defendant Meta Platforms, Inc.'s Motion to Transfer Under 28 U.S.C. § 1404(a). The Clerk of Court is INSTRUCTED to TRANSFER this case to the United States District Court for the Northern District of California. Signed by District Judge Michael J. Truncale on 8/17/23. (ljw, ) (Entered: 08/17/2023) |