Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
michael.esser@kirkland.com

Taj J. Clayton, P.C. *(Admitted pro hac vice)*
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
taj.clayton@kirkland.com

Philip M. Cooper *(Admitted pro hac vice)*
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
philip.cooper@kirkland.com

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TEXAS NATIONALIST MOVEMENT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendants. | Civil Case No.: 3:23-cv-04564-AMO<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO by the Parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs TEXAS NATIONALIST MOVEMENT and DANIEL MILLER ("Plaintiffs") by and through their counsel, seek to and hereby voluntarily dismiss with prejudice all claims against the Defendant in the above-captioned matter. Defendant stipulates to Plaintiffs' voluntary dismissal.  Each party shall bear its own costs and attorney's fees.

Dated: July 22, 2024                                                     Respectfully submitted,

*s/ Taj. J. Clayton, P.C.*
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
michael.esser@kirkland.com

Taj J. Clayton, P.C. (*Admitted pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
taj.clayton@kirkland.com

Philip M. Cooper *(Admitted pro hac vice)*
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
philip.cooper@kirkland.com

*Attorneys for Defendant Meta Platforms, Inc.*

| | |
|---|---|
| Dated: July 22, 2024 | Respectfully submitted, |
| | |
| | *s/ Daniel J. Treuden* |
| | Daniel J. Treuden (CA Bar No. 269351) |
| | THE BERNHOFT LAW FIRM, S.C. |
| | 1707 W. 6th Street |
| | Austin, TX 78703 |
| | (512) 582-2100 telephone |
| | djtreuden@bernhoftlaw.com |
| | |
| | *Attorney for Plaintiffs Texas Nationalist Movement and Daniel Miller* |

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Taj J. Clayton am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

| | |
|---|---|
| DATED: July 22, 2024 | *s/ Taj. J. Clayton, P.C.* |
| | Taj J. Clayton, P.C. |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July 2024, I caused a true and correct copy of the foregoing document to be served via email and U.S Mail upon the following:

Daniel J. Treuden (CA Bar No. 269351)
THE BERNHOFT LAW FIRM, S.C.
1707 W. 6th Street
Austin, TX 78703
djtreuden@bernhoftlaw.com

*Attorney for Plaintiffs*
*Texas Nationalist Movement and Daniel Miller*

           *s/ Taj. J. Clayton, P.C.*
           Taj J. Clayton, P.C.